# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ALLISON COLLINS, | * | |
| Plaintiff, | * | |
| v. | * | 1:14-CV-01261-ELR |
| TAS OF ATLANTA, LLC, d/b/a Moderna Taqueria, PAUL YUWACHIT, and JOSH AHLZADEH, | * | |
| Defendants. | * | |

## ORDER

On December 19, 2016, the Court entered an Order directing Plaintiff to show proof of service, or cause as to why service was not made, on Defendant Josh Ahlzadeh within ten (10) days (Doc. No. 60). Plaintiff did neither. On January 9, 2017, Plaintiff filed a Notice of Voluntary Dismissal as to her claims against all Defendants (Doc. No. 61). Federal Rule of Civil Procedure 41(a)(2) governs the dismissal of actions where the parties have not stipulated to dismissal or where dismissal is sought after the defendants answer, as is the case here.

> An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection

only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

FED. R. CIV. P. 41(a)(2).

Here, there are no counterclaims by Defendants pending against Plaintiff, Defendants have not objected to the dismissal, and the Court otherwise deems the voluntary dismissal proper. Accordingly, the Court **DENIES AS MOOT** Plaintiff's Motion for Summary Judgment (Doc. No. 52), **DISMISSES** the case without prejudice, and **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 31st day of January, 2017.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia